| | | | |
|---|---|---|---|
| In the Interest of: R.H. ................ | 3483 EDA 2015<br>Affirmed | 09/07/2016 | CP–51–AP–0000646–2015<br>CP–51–DP–0000833–2010<br>FID#51–FN–002045–2010<br>(Philadelphia) |
| Com. v. Stokes ....................... | 33 EDA 2016<br>Quashed and<br>Remanded | 09/07/2016 | CP–51–CR–0000720–2011<br>(Philadelphia) |
| Com. v. Mullins ...................... | 115 EDA 2016<br>Affirmed | 09/07/2016 | CP–51–CR–1011611–1995<br>(Philadelphia) |
| Com. v. Taylor ....................... | 182 EDA 2016<br>Affirmed | 09/07/2016 | CP–51–CR–0012527–2010<br>(Philadelphia) |
| Com. v. Johnson ..................... | 373 EDA 2016<br>Affirmed | 09/07/2016 | CP–51–CR–0113961–1993<br>(Philadelphia) |
| Com. v. Peay ........................ | 552 EDA 2016<br>Affirmed | 09/07/2016 | CP–51–CR–0105571–1997<br>(Philadelphia) |
| R.H. v. J.H. ......................... | 982 EDA 2016<br>Affirmed | 09/07/2016 | 2010–FC–1558<br>(Lehigh) |
| Com. v. Harris ....................... | 1708 MDA 2015<br>Affirmed | 09/07/2016 | CP–41–CR–0001676–2014<br>CP–41–CR–0001677–2014<br>(Lycoming) |
| Com. v. Sands ....................... | 1829 MDA 2015<br>Vacated and<br>Remanded | 09/07/2016 | CP–66–CR–0000146–2015<br>CP–66–CR–0000221–2014<br>CP–66–CR–0000356–2014<br>(Wyoming) |
| Wilkinson v. G. Bass Co. .............. | 1910 MDA 2015<br>Affirmed | 09/07/2016 | 13–498<br>(Berks) |
| Swepi LP v. Wood ................... | 1945 MDA 2015<br>Vacated and<br>Remanded | 09/07/2016 | 59 CV 2011<br>(Tioga) |
| Com. v. Riojas ....................... | 2038 MDA 2015<br>Affirmed | 09/07/2016 | CP–28–CR–0002169–2012<br>(Franklin) |
| Com. v. Hernandez–Robledo .......... | 2089 MDA 2015<br>Affirmed | 09/07/2016 | CP–06–MD–0001910–2015<br>(Berks) |
| Com. v. Cruz–Borrero ................ | 52 MDA 2016<br>Affirmed<br>Application to<br>Withdraw as<br>Counsel<br>Granted | 09/07/2016 | CP–06–CR–0002843–2015<br>(Berks) |